## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. PANDOLFO,** | : | **CIVIL ACITON NO. 3:13-CV-1713** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN, ACTING** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 31st day of August, 2016, upon consideration of Plaintiff's

Motion for Attorney's Fees (Doc. 22) pursuant to § 206(b)(1) of the Social Security

Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the

Defendant, it is hereby ORDERED that said motion is GRANTED as follows:

1. The Court authorizes a payment to Law Office of Harry J. Binder and Charles E. Binder, in the amount of Twelve Thousand, Two Hundred, Nintey-two dollars and 32/00 cents ($12,292.32) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services; and

2. Upon receipt of this sum, Plaintiff's counsel shall remit Three Thousand, Six Hundred dollars and 00/00 cents ($3,600.00) directly to Plaintiff, representing the sum already paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania